1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10
11

JEFFREY WAYNE STRONG, agent, lawful
man, Creditor, injured third party intervenor,
real party in interest,

12

Case No. MS05-5025

13

ORDER

14         Jeffrey Wayne Strong attempts to file nine documents entitled "Commercial Notice Within

15   The Admiralty of Foreign Judgment By Estoppel" against different "Judgment Debtors," including

16   the undersigned and "John and Jane Does 1-100 [and] US Vessels et al Jointly and Severally."  This

17   cause of action is closed and no documents will be accepted for filing in this case.

18         ACCORDINGLY, IT IS ORDERED: The Clerk is directed not to file the above-mentioned

19   documents and shall destroy these and any further documents that Strong attempts to file in this

20   closed cause of action.

21         DATED this 17th day of October, 2005.

22

23   _____

24   FRANKLIN D. BURGESS
     UNITED STATES DISTRICT JUDGE

25

26   ORDER - 1